Filing # 154541312 E-Filed 08/02/2022 03:56:13 PM

IN THE CIRCUIT COURT OF THE
TWENTIETH JUDICIAL CIRCUIT IN AND
FOR LEE COUNTY, FLORIDA

CASE NUMBER:

OSDAVELIS CEPEDA,

   Plaintiff,

vs.



DOLGENCORP LLC d/b/a
DOLLAR GENERAL,
   Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, OSDAVELIS CEPEDA, by and through the undersigned counsel and file this Complaint and sue Defendant, DOLGENCORP LLC d/b/a DOLLAR GENERAL (hereinafter "DOLLAR GENERAL") and alleges:

### GENERAL ALLEGATIONS

1. This is an action for damages that exceeds $30,000.00 exclusive of costs and attorney fees.

2. At all times material hereto, Plaintiff was a resident of Lee County, Florida.

3. At all times material hereto, Defendant, DOLLAR GENERAL was a Foreign Limited Liability Company authorized to and doing business in Lee County, Florida.

4. At all times material to this case, Defendant, DOLLAR GENERAL owned, leased, or controlled the premises located at 3134 Cleveland Ave Fort Myers in Lee County, Florida.

5. That at all times material to this case, Defendant, DOLLAR GENERAL, was and is liable for the actions of its employees, agents, servants, and/or independent contractors.

6.        On or about March 16, 2020, Plaintiff, OSDAVELIS CEPEDA was caused to suddenly and unexpectedly slipped and fell when she picked up a bottle of detergent that had been leaking without her knowledge at the facility owned, leased, or controlled by the defendant, causing serious injuries.

7.        All actions giving rise to this incident occurred in Fort Myers, in Lee County Florida.

8.        Venue is proper in Lee County because the alleged incident occurred in Lee County.

## COUNT I
## NEGLIGENCE AGAINST DOLLAR GENERAL

9.        Plaintiff, OSDAVELIS CEPEDA re-alleges and incorporates the allegations asserted in Paragraphs one (1) through eight (8) above.

10.        On or about March 16, 2020, Plaintiff, OSDAVELIS CEPEDA was caused to suddenly and unexpectedly slipped and fell when she picked up a bottle of detergent that had been leaking without her knowledge at the facility owned, leased, or controlled by the defendant, causing serious injuries.

11.        Defendant, DOLLAR GENERAL had a duty to maintain the property and to provide warnings of unsafe conditions, to its invitees including Plaintiff, OSDAVELIS CEPEDA.

12.        Defendant, DOLLAR GENERAL knew or should have known of the unsafe condition and/or failed to provide warnings of the unsafe condition.

13.        Defendant, DOLLAR GENERAL breached its duty of care owed to Plaintiff, OSDAVELIS CEPEDA by:

a.    Failure to warn of a dangerous condition that would have prevented invitee from sustaining personal and/or bodily injury;

b.    Failure to maintain the premises in a safe manner that would have prevented invitee to sustain personal and/or bodily injury;

c.    Failure to warn of a dangerous condition that would have prevented DOLLAR GENERAL'S invitee from sustaining personal and/or bodily injury;

d.    Failure to properly supervise maintenance personnel;

f.    Failure to properly display warning signs;

g.    Failure to promptly, adequately, and properly provide medical assistance to Plaintiff after the incident was reported to personnel;

h.    Failure to contact proper medical authorities to assess and diagnose Plaintiff's injuries post-incident;

i.    Failing to warn Plaintiff of an existing dangerous condition on the premises of Defendant's place of business; and

j.    Other acts of negligence to be determined through discovery.

14.    Defendant, DOLLAR GENERAL owed a duty to Plaintiff, OSDAVELIS CEPEDA, to act with reasonable care. However, Defendant DOLLAR GENERAL breached said duty of care by failing to provide an environment for its business invitees, more specifically, Plaintiff.

15.    Defendant DOLLAR GENERAL was negligent in failing to exercise ordinary and reasonable care under the circumstances.

16.     As a direct, foreseeable, and proximate result of Defendant's, DOLLAR GENERAL negligent and/or omissions, Plaintiff suffered bodily injury, mental and/or psychological disorders, and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE Plaintiff, OSDAVELIS CEPEDA, demands judgment against Defendant, DOLLAR GENERAL, and demands a trial by jury of all issues so triable as a matter of right, and such further relief as the Court may deem just and proper.

DATED: on this 2nd day of August, 2022.

Respectfully submitted,

By:     s/Laurence Trias
        Laurence Trias, Esq., Fl. Bar No.: 42683
        **THE PENDÁS LAW FIRM, P.A.**
        Attorneys for Plaintiffs
        4244 Evans Avenue, Ste. A
        Fort Myers, FL 33901
        Phone: (239) 334-1010
        Fax: (239) 689-1548
        ltrias@pendaslaw.com
        southflapleadings@pendaslaw.com